Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of plastic artificial teeth the same in all material respects as those the subject of *Maher-App & Company v. United States* (44 C. C. P. A. 22, C. A. D. 630), the claim of the plaintiff was sustained.

No. 62039.—Bloomingdale Bros. (a Div. of Fed. Dept. Stores, Inc.) *v.* United States, protest 212819–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the articles herein are similar in all material respects to the mustard pots the subject of *Julliard Fancy Foods Co.* v. *United States* (33 Cust. Ct. 1, C. D. 1625), the claim of the plaintiff was sustained.

No. 62040.—Martin Brokerage Company *v.* United States, protests 186406–K, etc. (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62041.—Empacadora Trevino, S. A. *v.* United States, protests 234409–K, etc. (Laredo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62042.—Brown, Alcantar & Brown, Inc., et al. *v.* United States, protests 241251–K, etc. (El Paso).